## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Damon M. Lippert                                    CHAPTER 13
        Tracy L. Lippert
                Debtor(s)                             BKY. NO. 16-20671 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of Goldman Sachs Mortgage Company and
index same on the master mailing list.


                        Respectfully submitted,


                        /s/ Brian C. Nicholas
                        Brian Nicholas
                        05 Feb 2021, 11:34:43, EST

                        Brian C. Nicholas, Esq. (317240)  ☑
                        Maria D. Miksich, Esq. (319383)  ☐
                        Rebecca A. Solarz, Esq. (315936)  ☐
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        412-430-3594
                        bkgroup@kmllawgroup.com