IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 16-20671 GLT |
| Damon M. Lippert ) | Chapter 13 |
| Tracy L. Lippert, ) | Docket No. |
| *Debtors* ) | |
| ) | |
| Damon M. Lippert ) | |
| Tracy L. Lippert, ) | |
| *Movants* ) | |
| ) | |
| *No Respondent(s)* ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On April 16, 2020 at docket numbers 119 and 120, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by*:* The Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

February 16, 2021                                                          /s/ Damon M. Lippert
Date                                                                                    Debtor


February 16, 2021                                                          /s/ Tracy L. Lippert
Date                                                                                    Debtor

Respectfully submitted,

February 18, 2021                    /s/ Kenneth Steidl
DATE                                 Kenneth Steidl, Esquire
                                     Attorney for the Debtor

                                     STEIDL & STEINBERG
                                     707 Grant Street
                                     Suite 2830, Gulf Tower
                                     Pittsburgh, PA 15219
                                     (412) 391-8000
                                     Ken.steidl@steidl-steinberg.com
                                     PA I.D. No. 34965

**PAWB Local Form 24 (07/13)**