**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/24/21 9:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  DAMON M. LIPPERT
  TRACY L. LIPPERT
       Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  DAMON M. LIPPERT
  TRACY L. LIPPERT

      Respondents

Case No.16-20671GLT

Chapter 13

Related to Dkt. No. 149

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 24th day of March 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

      Port Authority Alleg County*
      Attn: Payroll Manager
      345 6Th Ave 5Th Fl *
      Pittsburgh,PA 15222

is hereby ordered to immediately terminate the attachment of the wages of DAMON M. LIPPERT, social security number XXX-XX-2762. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DAMON M. LIPPERT.

BY THE COURT:

_____
GREGORY L. TADDONIO   jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                        Case No. 16-20671-GLT

Damon M. Lippert                                                                                                  Chapter 13

Tracy L. Lippert

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: dpas                                      Page 1 of 2
Date Rcvd: Mar 24, 2021              Form ID: pdf900                               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

**Recip ID            Recipient Name and Address**
db/jdb              + Damon M. Lippert, Tracy L. Lippert, 2634 Homehurst Avenue, Pittsburgh, PA 15234-3140

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021                                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

**Name                    Email Address**

Brian Nicholas
                on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY bnicholas@kmllawgroup.com

Celine P. DerKrikorian
                on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com

Christopher A. DeNardo
                on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

Heather Stacey Riloff
                on behalf of Creditor Federal National Mortgage Association heather@mvrlaw.com  Michelle@mvrlaw.com

Jeffrey R. Hunt
                on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 2 of 2 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com  cnoroski@grblaw.com

Joseph A. Dessoye
    on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor pawb@fedphe.com

Kenneth Steidl
    on behalf of Joint Debtor Tracy L. Lippert julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
    on behalf of Debtor Damon M. Lippert julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com

Maria Miksich
    on behalf of Creditor Bank of America  N.A. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 16