IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| Damon M. Lippert, | Case No. 16-20671 GLT |
| Tracy L. Lippert, | Chapter 13 |
|    Debtor | Related to Document No. 146 & 147 |
| | |
| Damon M. Lippert, | Hearing Date & Time: |
| Tracy L. Lippert | April 7, 2021 @ 1:00 pm |
|    Movant | |
| | |
| vs. | |
| | |
| Office of the U.S. Trustee, Ronda J. Winnecour, Trustee, Ally Bank, Ally Financial, AmeriCredit, Bank of America, Barclay's Bank, Bureaus Investment Group Portfolio, Capital One Bank, Cerastes, JP Morgan Chase Bank, CitiBank, City And School District, Comenity Bank, County of Allegheny, Credit One Bank, Dell Financial Services, Dept. Stores National Bank, Discover Bank, | |
|    Respondents | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR FINAL COMPENSATION BY COUNSEL FOR DEBTORS

      The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application For Final Compensation By Counsel For Debtors filed on March 5, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application For Final Compensation By Counsel For Debtors appears thereon. Pursuant to the Notice of Hearing, objections for Application For Final Compensation By Counsel For Debtors were to be filed and served no later than March 23, 2021.

      It is hereby respectfully requested that the Order attached to the Application For Final Compensation By Counsel For Debtors be entered by the Court.

      Respectfully submitted,

<u>April 2, 2021</u>      <u>/s/ Kenneth Steidl</u>
Date:      Kenneth Steidl, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965