```
                                                            FILED
                                                            4/2/21 2:35 pm
            IN THE UNITED STATES BANKRUPTCY COURT FOR       CLERK
              THE WESTERN DISTRICT OF PENNSYLVANIA          U.S. BANKRUPTCY
                                                            COURT - WDPA
```

| | |
|---|---|
| In Re: ) | |
| Damon M. Lippert ) | Case No. 16-20671 GLT |
| Tracy L. Lippert ) | |
|    Debtor ) | Chapter 13 |
| ) | |
| Steidl and Steinberg, P.C. ) | Related to Dkt. No. 146 |
|    Applicant ) | Hearing: April 7, 2021 at 1:00 |
| ) | p.m. |
|    vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Ally Bank, Ally Financial, AmeriCredit, Bank ) | |
| of America, Barclay's Bank, Bureaus Investment Group ) | |
| Portfolio, Capital One Bank, Cerastes, JP Morgan Chase ) | |
| Bank, CitiBank, City and School District, Comenity ) | |
| Bank, County of Allegheny, Credit One Bank, Dell ) | |
| Financial Services, Dept. Stores National Bank, ) | |
| Discover Bank, ) | |
|    Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this 2nd day of April 2021, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $7,960.00 for work performed in the Chapter 13 case by Debtors' counsel from June 26, 2015, to March 5, 2021.

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtor's counsel was paid an $610.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,390.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $11,960.00, with the total to be paid through the Plan by

the Trustee being $4,154.80.00 (representing the $3,390.00 previously approved to be paid (as set forth above), and an additional $764.80 that was approved as part of the Amended Chapter 13 Plan dated September 1, 2018 (at Doc. 108) which was confirmed on October 18, 2018, (at Doc. 111),

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $7,960.00. The remaining balance is waived.

Prepared by: Kenneth Steidl, Esq.

**DEFAULT ENTRY**

Dated: April 02, 2021

Gregory L. Taddonio    jah
United States Bankruptcy Judge

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20671-GLT |
| Damon M. Lippert | Chapter 13 |
| Tracy L. Lippert | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Apr 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Damon M. Lippert, Tracy L. Lippert, 2634 Homehurst Avenue, Pittsburgh, PA 15234-3140 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2021                    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com |
| Heather Stacey Riloff | on behalf of Creditor Federal National Mortgage Association heather@mvrlaw.com  Michelle@mvrlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 2 of 2 |
| Date Rcvd: Apr 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Jeffrey R. Hunt
    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com  cnoroski@grblaw.com

Joseph A. Dessoye
    on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor pawb@fedphe.com

Kenneth Steidl
    on behalf of Joint Debtor Tracy L. Lippert julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
    on behalf of Debtor Damon M. Lippert julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kevin Scott Frankel
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

Kristen D. Little
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com

Maria Miksich
    on behalf of Creditor Bank of America  N.A. mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
    ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 16