**Fill in this information to identify the case:**

Debtor 1: Damon M Lippert

Debtor 2: Tracy L Lippert
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania

Case Number: 16-20671    GLT

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERIES 2004-K

**Court claim no.** (if known): 22

**Last 4 digits** of any number you use to identify the debtor's account: 5 4 7 7

**Property Address:** 2634 HOMEHURST STREET.
PITTSBURGH, PA 15234

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 05/25/2021 (MM/DD/YYYY)

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: _____ (MM/DD/YYYY)

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1: Damon M Lippert                                    Case number (if known): 16-20671  GLT
         First Name  Middle Name  Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Brian C. Nicholas, Esquire                             Date: May 21, 2021
  Signature

Print:  Brian     C.      Nicholas            Title: Attorney for Movant
       First Name  Middle Name  Last Name

Company: KML LAW GROUP, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 701 MARKET STREET, SUITE 5000
         Number      Street
         PHILADELPHIA, PA 19106
         City        State       ZIP Code

Contact Phone: 215-627-1322                  Email: bnicholas@kmllawgroup.com