Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Damon M. Lippert** : | Case No. 16−20671−GLT |
| **Tracy L. Lippert** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| **RONDA J. WINNECOUR, Trustee,** : | |
| *Movant(s),* : | |
| : | Related to Document No. 163 |
| v. : | |
| **No Respondents** : | Hearing Date: 7/21/21 at 11:00 AM |
| *Respondent(s).* : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of May, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 163 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before July 12, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *July 21, 2021 at 11:00 AM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* SUBJECT TO CLOSURE WITHOUT A DISCHARGE *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20671-GLT |
| Damon M. Lippert | Chapter 13 |
| Tracy L. Lippert | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: May 26, 2021 | Form ID: 604 | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Damon M. Lippert, Tracy L. Lippert, 2634 Homehurst Avenue, Pittsburgh, PA 15234-3140 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 2380 Performance Drive, Richardson, TX 75082-4333 |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Bank of America, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | + | City and School District of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | County of Allegheny, County of Allegheny, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14187832 | + | Bank of America, P.O. Box 15227, Wilmington, DE 19886-5227 |
| 14226526 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14187834 | + | Barclay's Bank, 700 Prides Crossing, Newark, DE 19713-6109 |
| 14187835 | + | Capital One Bank, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14187838 | + | Capital One Bank, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14187837 | + | Capital One Bank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14257235 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14894405 | + | City and School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14894352 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14187847 | + | Discover Card, c/o Weltman Weinberg & Reis, Attn: Matthew Urban, Esquire, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 14187848 | + | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15336169 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15051686 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14212306 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14257057 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford CT 06143-1047 |
| 14257511 | | The Bank of New York Mellon, et al, Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14187859 | + | Union Plus, P.O. Box 71104, Charlotte, NC 28272-1104 |
| 14243889 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2021 02:37:00 | Midland Credit Management, Inc., Po Box 2011, Warren, MI 48090-2011 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:36:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:40:34 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14187831 | + | Email/Text: ally@ebn.phinsolutions.com | May 27 2021 02:34:00 | Ally Bank, P.O. Box 9001951, Louisville, KY 40290-1951 |

Case 16-20671-GLT   Doc 167   Filed 05/28/21   Entered 05/29/21 00:44:44   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: jhel | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: 604 | Total Noticed: 65 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14192507 | | Email/Text: ally@ebn.phinsolutions.com | May 27 2021 02:34:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14204541 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2021 02:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15279327 | + | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:36:41 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14214664 | | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:40:34 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14187839 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:38:24 | Capital One Bank, P.O. Box 71104, Charlotte, NC 28272-1104 |
| 14187836 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:40:20 | Capital One Bank, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14196167 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:38:24 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14247689 | + | Email/Text: bncmail@w-legal.com | May 27 2021 02:38:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14187841 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2021 01:36:35 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14187842 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2021 02:35:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14187843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2021 02:35:00 | Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14187844 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2021 01:36:31 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14187845 | | Email/PDF: DellBKNotifications@resurgent.com | May 27 2021 01:36:43 | Dell Financial, P.O. Box 6403, Carol Stream, IL 60197 |
| 14187854 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2021 01:40:33 | Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 14187853 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2021 01:38:31 | Macy's, P.O. Box 8218, Mason, OH 45040 |
| 14254536 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 02:36:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14198142 | | Email/Text: mrdiscen@discover.com | May 27 2021 02:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14200552 | + | Email/Text: mrdiscen@discover.com | May 27 2021 02:34:00 | Discover Bank, Discover Products Inc, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14187846 | + | Email/Text: mrdiscen@discover.com | May 27 2021 02:34:00 | Discover Card, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14257604 | + | Email/Text: kburkley@bernsteinlaw.com | May 27 2021 02:38:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14187849 | + | Email/Text: fnb.bk@fnfg.com | May 27 2021 02:38:00 | First Niagara Bank, P.O. Box 28, Buffalo, NY 14240-0028 |
| 14234034 | | Email/Text: fnb.bk@fnfg.com | May 27 2021 02:38:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 14187850 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2021 02:35:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 14187851 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2021 01:40:28 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: 604 | Total Noticed: 65 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14187852 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:36:19 | JC Penney, c/o Synchrony Bank, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14187840 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 27 2021 01:36:24 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850 |
| 14248746 | | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 01:40:36 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14196343 | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2021 02:37:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14187855 | + | Email/PDF: cbp@onemainfinancial.com | May 27 2021 01:38:13 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14257512 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2021 01:38:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14200036 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 02:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14194753 | | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:36:41 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14187856 | | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:36:19 | Sam's Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14187858 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:40:11 | Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14187857 | + | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:36:19 | Synchrony Bank, P.O. Box 530916, Atlanta, GA 30353-0916 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Federal National Mortgage Association |
| cr | | GOLDMAN SACHS MORTGAGE COMPANY |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pittsburgh Water & Sewer Authority |
| cr | | The Bank Of New York Mellon FKA The Bank Of New Yo |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| 14204878 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14187833 | *+ | Bank of America, P.O. Box 15227, Wilmington, DE 19886-5227 |
| 15279373 | *+ | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15279374 | *+ | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor BANK OF AMERICA N.A. ecfmail@mwc-law.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com |
| Heather Stacey Riloff | on behalf of Creditor Federal National Mortgage Association heather@mvrlaw.com Michelle@mvrlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com cnoroski@grblaw.com |
| Joseph A. Dessoye | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Damon M. Lippert julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Tracy L. Lippert julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com klittle@logs.com;logsecf@logs.com |
| Maria Miksich | on behalf of Creditor Bank of America N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 18