**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAMON M. LIPPERT
TRACY L. LIPPERT
      Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
      Movant
    vs.
No Respondents.

Case No.:16-20671

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2021

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

 1. The case was filed on 02/29/2016 and confirmed on 4/18/16 . The case was subsequently    Completed After Confirmation

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 148,647.92 |
| Less Refunds to Debtor | 3,275.93 | |
| TOTAL AMOUNT OF PLAN FUND | | 145,371.99 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,154.80 | |
| Trustee Fee | 7,190.43 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,345.23 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| GOLDMAN SACHS MORTGAGE CO<br>Acct: 7831 | 0.00 | 44,226.42 | 0.00 | 44,226.42 |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 5477 | 0.00 | 20,000.21 | 0.00 | 20,000.21 |
| GOLDMAN SACHS MORTGAGE CO<br>Acct: 7831 | 92.49 | 92.49 | 0.00 | 92.49 |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 5477 | 397.37 | 397.37 | 0.00 | 397.37 |
| PITTSBURGH WATER & SEWER AUTHOR<br>Acct: M284 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: M202 | 777.17 | 777.17 | 115.86 | 893.03 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: M202 | 1,766.78 | 1,766.78 | 0.00 | 1,766.78 |
| CITY & SCHOOL DIST OF PITTSBURGH (R<br>Acct: M202 | 5,033.40 | 5,033.40 | 608.52 | 5,641.92 |
| CITY & SCHOOL DIST OF PITTSBURGH (R<br>Acct: M202 | 6,488.77 | 6,488.77 | 0.00 | 6,488.77 |
| ALLY FINANCIAL(*)<br>Acct: 9429 | 10,999.07 | 10,999.07 | 0.00 | 10,999.07 |
| AMERICREDIT FINANCIAL SVCS INC DBA<br>Acct: 9372 | 26,271.93 | 26,271.93 | 3,622.30 | 29,894.23 |
| | | | | 120,400.29 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAMON M. LIPPERT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DAMON M. LIPPERT<br>Acct: | 3,275.93 | 3,275.93 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: XXXXXXXXXXXXXXXXXXXXXXXXX5-21 | 764.80 | 764.80 | 0.00 | 0.00 |

16-20671                                                                                                    Page 2 of 3

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 83.64 | 19.72 | 0.00 | 19.72 |
| Acct: 2762 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 5,580.41 | 1,315.58 | 0.00 | 1,315.58 |
| Acct: 1498 | | | | |
| CERASTES LLC | 1,633.14 | 385.01 | 0.00 | 385.01 |
| Acct: 1999 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 794.99 | 187.42 | 0.00 | 187.42 |
| Acct: 8577 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 1,849.00 | 435.90 | 0.00 | 435.90 |
| Acct: 6667 | | | | |
| CAPITAL ONE NA** | 2,765.73 | 652.02 | 0.00 | 652.02 |
| Acct: 9608 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 847.03 | 199.69 | 0.00 | 199.69 |
| Acct: 6600 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 3,063.13 | 722.13 | 0.00 | 722.13 |
| Acct: 4522 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2328 | | | | |
| ECAST SETTLEMENT CORP | 2,209.59 | 520.91 | 0.00 | 520.91 |
| Acct: 5374 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,660.05 | 391.36 | 0.00 | 391.36 |
| Acct: 3659 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 1,263.97 | 297.98 | 0.00 | 297.98 |
| Acct: 4823 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 452.36 | 106.64 | 0.00 | 106.64 |
| Acct: 8071 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 3,576.84 | 843.24 | 0.00 | 843.24 |
| Acct: 9381 | | | | |
| DISCOVER BANK(*) | 8,860.79 | 2,088.93 | 0.00 | 2,088.93 |
| Acct: 4011 | | | | |
| KEYBANK NA S/B/M TO FIRST NIAGARA B | 5,205.48 | 1,227.19 | 0.00 | 1,227.19 |
| Acct: 6906 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 5,689.79 | 1,341.37 | 0.00 | 1,341.37 |
| Acct: 6622 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 1,583.58 | 373.33 | 0.00 | 373.33 |
| Acct: 0810 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 2,373.60 | 559.58 | 0.00 | 559.58 |
| Acct: 5113 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2719 | | | | |
| MIDLAND FUNDING LLC | 1,334.30 | 314.56 | 0.00 | 314.56 |
| Acct: 2037 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,394.85 | 328.84 | 0.00 | 328.84 |
| Acct: 5849 | | | | |
| MIDLAND FUNDING LLC | 1,180.67 | 278.34 | 0.00 | 278.34 |
| Acct: 3866 | | | | |
| UNION PLUS CREDIT CARD++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6667 | | | | |
| MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1253 | | | | |
| BANK OF AMERICA NA** | 2,773.00 | 653.73 | 0.00 | 653.73 |
| Acct: 2753 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,624.60 | 383.00 | 0.00 | 383.00 |
| Acct: 5437 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 13,626.47 |

TOTAL PAID TO CREDITORS                                                                         134,026.76

TOTAL CLAIMED
PRIORITY         0.00
SECURED     51,826.98
UNSECURED   57,800.54

Date: 05/25/2021                                   /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DAMON M. LIPPERT
    TRACY L. LIPPERT
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-20671

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-20671-GLT |
| Damon M. Lippert | Chapter 13 |
| Tracy L. Lippert | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 4 |
| Date Rcvd: May 26, 2021 | Form ID: pdf900 | Total Noticed: 65 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Damon M. Lippert, Tracy L. Lippert, 2634 Homehurst Avenue, Pittsburgh, PA 15234-3140 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 2380 Performance Drive, Richardson, TX 75082-4333 |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Bank of America, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | + | City and School District of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | County of Allegheny, County of Allegheny, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14187832 | + | Bank of America, P.O. Box 15227, Wilmington, DE 19886-5227 |
| 14226526 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14187834 | + | Barclay's Bank, 700 Prides Crossing, Newark, DE 19713-6109 |
| 14187835 | + | Capital One Bank, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14187838 | + | Capital One Bank, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14187837 | + | Capital One Bank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14257235 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14894405 | + | City and School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14894352 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14187847 | + | Discover Card, c/o Weltman Weinberg & Reis, Attn: Matthew Urban, Esquire, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 14187848 | + | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15336169 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15051686 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14212306 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14257057 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford CT 06143-1047 |
| 14257511 | | The Bank of New York Mellon, et al, Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14187859 | + | Union Plus, P.O. Box 71104, Charlotte, NC 28272-1104 |
| 14243889 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | May 27 2021 02:37:00 | Midland Credit Management, Inc., Po Box 2011, Warren, MI 48090-2011 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:38:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:40:34 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14187831 | + | Email/Text: ally@ebn.phinsolutions.com | May 27 2021 02:34:00 | Ally Bank, P.O. Box 9001951, Louisville, KY 40290-1951 |

Case 16-20671-GLT   Doc 168   Filed 05/28/21   Entered 05/29/21 00:44:44   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: jhel | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: pdf900 | Total Noticed: 65 |

| | | | | |
|---|---|---|---|---|
| 14192507 | | Email/Text: ally@ebn.phinsolutions.com | May 27 2021 02:34:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14204541 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2021 02:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15279327 | + | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:40:34 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14214664 | | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:38:37 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14187839 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:36:28 | Capital One Bank, P.O. Box 71104, Charlotte, NC 28272-1104 |
| 14187836 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:40:20 | Capital One Bank, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14196167 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 27 2021 01:36:28 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14247689 | + | Email/Text: bncmail@w-legal.com | May 27 2021 02:38:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14187841 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2021 01:36:35 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14187842 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2021 02:35:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14187843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 27 2021 02:35:00 | Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14187844 | + | Email/PDF: creditonebknotifications@resurgent.com | May 27 2021 01:38:28 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14187845 | | Email/PDF: DellBKNotifications@resurgent.com | May 27 2021 01:38:40 | Dell Financial, P.O. Box 6403, Carol Stream, IL 60197 |
| 14187854 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2021 01:36:35 | Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 14187853 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2021 01:36:35 | Macy's, P.O. Box 8218, Mason, OH 45040 |
| 14254536 | | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 02:36:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14198142 | | Email/Text: mrdiscen@discover.com | May 27 2021 02:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14200552 | + | Email/Text: mrdiscen@discover.com | May 27 2021 02:34:00 | Discover Bank, Discover Products Inc, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14187846 | + | Email/Text: mrdiscen@discover.com | May 27 2021 02:34:00 | Discover Card, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14257604 | + | Email/Text: kburkley@bernsteinlaw.com | May 27 2021 02:38:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14187849 | + | Email/Text: fnb.bk@fnfg.com | May 27 2021 02:38:00 | First Niagara Bank, P.O. Box 28, Buffalo, NY 14240-0028 |
| 14234034 | | Email/Text: fnb.bk@fnfg.com | May 27 2021 02:38:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 14187850 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 27 2021 02:35:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 14187851 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 27 2021 01:38:32 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |

| District/off: 0315-2 | User: jhel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2021 | Form ID: pdf900 | Total Noticed: 65 |

| 14187852 | + Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:38:16 | JC Penney, c/o Synchrony Bank, P.O. Box 960090, Orlando, FL 32896-0090 |
| --- | --- | --- | --- |
| 14187840 | Email/PDF: ais.chase.ebn@americaninfosource.com | May 27 2021 01:36:24 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850 |
| 14248746 | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 01:38:40 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14196343 | + Email/Text: bankruptcydpt@mcmcg.com | May 27 2021 02:37:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14187855 | + Email/PDF: cbp@onemainfinancial.com | May 27 2021 01:40:09 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14257512 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 27 2021 01:38:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14200036 | Email/Text: bnc-quantum@quantum3group.com | May 27 2021 02:36:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14194753 | Email/PDF: rmscedi@recoverycorp.com | May 27 2021 01:38:38 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14187856 | Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:40:11 | Sam's Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14187858 | + Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:38:16 | Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14187857 | + Email/PDF: gecsedi@recoverycorp.com | May 27 2021 01:38:17 | Synchrony Bank, P.O. Box 530916, Atlanta, GA 30353-0916 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | Duquesne Light Company |
| cr |  | Federal National Mortgage Association |
| cr |  | GOLDMAN SACHS MORTGAGE COMPANY |
| cr |  | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr |  | Pittsburgh Water & Sewer Authority |
| cr |  | The Bank Of New York Mellon FKA The Bank Of New Yo |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| 14204878 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14187833 | *+ | Bank of America, P.O. Box 15227, Wilmington, DE 19886-5227 |
| 15279373 | *+ | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15279374 | *+ | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: jhel | Page 4 of 4 |
| Date Rcvd: May 26, 2021 | Form ID: pdf900 | Total Noticed: 65 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2021             Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com |
| Heather Stacey Riloff | on behalf of Creditor Federal National Mortgage Association heather@mvrlaw.com  Michelle@mvrlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com  cnoroski@grblaw.com |
| Joseph A. Dessoye | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor pawb@fedphe.com |
| Kenneth Steidl | on behalf of Debtor Damon M. Lippert julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Tracy L. Lippert julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kevin Scott Frankel | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com |
| Kristen D. Little | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Maria Miksich | on behalf of Creditor Bank of America  N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 18