| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Damon M. Lippert** | Social Security number or ITIN  xxx–xx–2762 |
|  | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tracy L. Lippert** | Social Security number or ITIN  xxx–xx–2660 |
|  | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **16–20671–GLT** | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Damon M. Lippert                    Tracy L. Lippert

7/13/21                    **By the court:**    Gregory L. Taddonio
                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-20671-GLT
Damon M. Lippert  Chapter 13
Tracy L. Lippert
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 5
Date Rcvd: Jul 13, 2021     Form ID: 3180W     Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Damon M. Lippert, Tracy L. Lippert, 2634 Homehurst Avenue, Pittsburgh, PA 15234-3140 |
| cr | + | Bank of America, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | + | City and School District of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | County of Allegheny, County of Allegheny, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14187832 | + | Bank of America, P.O. Box 15227, Wilmington, DE 19886-5227 |
| 14226526 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14187835 | + | Capital One Bank, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14187838 | + | Capital One Bank, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14187837 | + | Capital One Bank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14894405 | + | City and School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14894352 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14187847 | + | Discover Card, c/o Weltman Weinberg & Reis, Attn: Matthew Urban, Esquire, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 14187848 | + | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15336169 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15051686 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14212306 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14257057 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford CT 06143-1047 |
| 14187859 | + | Union Plus, P.O. Box 71104, Charlotte, NC 28272-1104 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jul 14 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2021 23:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jul 14 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 13 2021 23:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: BANKAMER.COM | Jul 14 2021 03:13:00 | BANK OF AMERICA, N.A., 2380 Performance Drive, Richardson, TX 75082-4333 |
| cr | EDI: BANKAMER.COM | | |

Case 16-20671-GLT   Doc 171   Filed 07/15/21   Entered 07/16/21 00:31:30   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: bsil | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: 3180W | Total Noticed: 67 |

| Recipient ID | Type | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| cr | | EDI: BANKAMER.COM | Jul 14 2021 03:13:00 | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | | EDI: BANKAMER.COM | Jul 14 2021 03:13:00 | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | EDI: MID8.COM | Jul 14 2021 03:13:00 | Midland Credit Management, Inc., Po Box 2011, Warren, MI 48090-2011 |
| cr | + | EDI: RECOVERYCORP.COM | Jul 14 2021 03:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | EDI: RECOVERYCORP.COM | Jul 14 2021 03:13:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14187831 | + | EDI: GMACFS.COM | Jul 14 2021 03:13:00 | Ally Bank, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 14192507 | | EDI: GMACFS.COM | Jul 14 2021 03:13:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14204541 | + | EDI: PHINAMERI.COM | Jul 14 2021 03:13:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14187834 | + | EDI: TSYS2.COM | Jul 14 2021 03:13:00 | Barclay's Bank, 700 Prides Crossing, Newark, DE 19713-6109 |
| 15279327 | + | EDI: RECOVERYCORP.COM | Jul 14 2021 03:13:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14214664 | | EDI: RECOVERYCORP.COM | Jul 14 2021 03:13:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14187839 | + | EDI: CAPITALONE.COM | Jul 14 2021 03:13:00 | Capital One Bank, P.O. Box 71104, Charlotte, NC 28272-1104 |
| 14187836 | + | EDI: CAPITALONE.COM | Jul 14 2021 03:13:00 | Capital One Bank, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14257235 | | EDI: BL-BECKET.COM | Jul 14 2021 03:13:00 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14196167 | | EDI: CAPITALONE.COM | Jul 14 2021 03:13:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14247689 | + | Email/Text: bncmail@w-legal.com | Jul 13 2021 23:14:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14187841 | + | EDI: CITICORP.COM | Jul 14 2021 03:13:00 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14187842 | + | EDI: WFNNB.COM | Jul 14 2021 03:13:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14187843 | + | EDI: WFNNB.COM | Jul 14 2021 03:13:00 | Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14187844 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2021 23:25:28 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14187845 | | Email/PDF: DellBKNotifications@resurgent.com | Jul 13 2021 23:25:29 | Dell Financial, P.O. Box 6403, Carol Stream, IL 60197 |
| 14187854 | + | EDI: CITICORP.COM | Jul 14 2021 03:13:00 | Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 14187853 | + | EDI: CITICORP.COM | Jul 14 2021 03:13:00 | Macy's, P.O. Box 8218, Mason, OH 45040 |
| 14254536 | | EDI: Q3G.COM | Jul 14 2021 03:13:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |

| District/off: 0315-2 | User: bsil | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: 3180W | Total Noticed: 67 |

| | | | | |
|---|---|---|---|---|
| 14198142 | | EDI: DISCOVER.COM | Jul 14 2021 03:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14200552 | + | EDI: DISCOVER.COM | Jul 14 2021 03:13:00 | Discover Bank, Discover Products Inc, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14187846 | + | EDI: DISCOVER.COM | Jul 14 2021 03:13:00 | Discover Card, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14257604 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 13 2021 23:14:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14187849 | + | Email/Text: fnb.bk@fnfg.com | Jul 13 2021 23:14:00 | First Niagara Bank, P.O. Box 28, Buffalo, NY 14240-0028 |
| 14234034 | | Email/Text: fnb.bk@fnfg.com | Jul 13 2021 23:14:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 14187850 | + | EDI: PHINAMERI.COM | Jul 14 2021 03:13:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 14187851 | + | EDI: CITICORP.COM | Jul 14 2021 03:13:00 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14187852 | + | EDI: RMSC.COM | Jul 14 2021 03:13:00 | JC Penney, c/o Synchrony Bank, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14187840 | | EDI: JPMORGANCHASE | Jul 14 2021 03:13:00 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850 |
| 14248746 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2021 23:25:29 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14196343 | + | EDI: MID8.COM | Jul 14 2021 03:13:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14187855 | + | EDI: AGFINANCE.COM | Jul 14 2021 03:13:00 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14257512 | | EDI: PRA.COM | Jul 14 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14200036 | | EDI: Q3G.COM | Jul 14 2021 03:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14194753 | | EDI: RECOVERYCORP.COM | Jul 14 2021 03:13:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14187856 | | EDI: RMSC.COM | Jul 14 2021 03:13:00 | Sam's Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14187858 | + | EDI: RMSC.COM | Jul 14 2021 03:13:00 | Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14187857 | + | EDI: RMSC.COM | Jul 14 2021 03:13:00 | Synchrony Bank, P.O. Box 530916, Atlanta, GA 30353-0916 |
| 14257511 | | EDI: BANKAMER.COM | Jul 14 2021 03:13:00 | The Bank of New York Mellon, et al, Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14243889 | | EDI: ECAST.COM | Jul 14 2021 03:13:00 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-2 | User: bsil | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: 3180W | Total Noticed: 67 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Federal National Mortgage Association |
| cr | | GOLDMAN SACHS MORTGAGE COMPANY |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pittsburgh Water & Sewer Authority |
| cr | | The Bank Of New York Mellon FKA The Bank Of New Yo |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| 14204878 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14187833 | *+ | Bank of America, P.O. Box 15227, Wilmington, DE 19886-5227 |
| 15279373 | *+ | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15279374 | *+ | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com;klittle@logs.com;cdenardo@logs.com |
| Heather Stacey Riloff | on behalf of Creditor Federal National Mortgage Association heather@mvrlaw.com  Michelle@mvrlaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com  cnoroski@grblaw.com |
| Joseph A. Dessoye | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 5 of 5 |
| Date Rcvd: Jul 13, 2021 | Form ID: 3180W | Total Noticed: 67 |

      on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor pawb@fedphe.com

Kenneth Steidl

      on behalf of Joint Debtor Tracy L. Lippert julie.steidl@steidl-steinberg.com
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl

      on behalf of Debtor Damon M. Lippert julie.steidl@steidl-steinberg.com
      ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kevin Scott Frankel

      on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com logsecf@logs.com

Kristen D. Little

      on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com klittle@logs.com;logsecf@logs.com

Maria Miksich

      on behalf of Creditor Bank of America N.A. mmiksich@kmllawgroup.com

Office of the United States Trustee

      ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

      on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
      ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

      cmecf@chapter13trusteewdpa.com

TOTAL: 18