**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/13/21 12:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DAMON M. LIPPERT
TRACY L. LIPPERT
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:16-20671

Chapter 13

Related to Dkt. No. 163

## ORDER OF COURT

  AND NOW, this 13th day of July 2021, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

GREGORY L. TADDONIO   jah
U.S. BANKRUPTCY JUDGE

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Damon M. Lippert  
Tracy L. Lippert  
  Debtors

Case No. 16-20671-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2   User: bsil   Page 1 of 4  
Date Rcvd: Jul 13, 2021   Form ID: pdf900   Total Noticed: 65

The following symbols are used throughout this certificate:  
**Symbol Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Damon M. Lippert, Tracy L. Lippert, 2634 Homehurst Avenue, Pittsburgh, PA 15234-3140 |
| cr | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., 2380 Performance Drive, Richardson, TX 75082-4333 |
| cr | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Bank of America, N.A., 16001 N. Dallas Pkwy, Addison, TX 75001-3311 |
| cr | + | City and School District of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | County of Allegheny, County of Allegheny, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14187832 | + | Bank of America, P.O. Box 15227, Wilmington, DE 19886-5227 |
| 14226526 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14187834 | + | Barclay's Bank, 700 Prides Crossing, Newark, DE 19713-6109 |
| 14187835 | + | Capital One Bank, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 14187838 | + | Capital One Bank, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14187837 | + | Capital One Bank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14257235 | | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14894405 | + | City and School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14894352 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14187847 | + | Discover Card, c/o Weltman Weinberg & Reis, Attn: Matthew Urban, Esquire, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |
| 14187848 | + | First National Bank, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15336169 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15051686 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14212306 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14257057 | + | Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford CT 06143-1047 |
| 14257511 | | The Bank of New York Mellon, et al, Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14187859 | + | Union Plus, P.O. Box 71104, Charlotte, NC 28272-1104 |
| 14243889 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2021 23:14:00 | Midland Credit Management, Inc., Po Box 2011, Warren, MI 48090-2011 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 13 2021 23:25:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jul 13 2021 23:25:42 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14187831 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 13 2021 23:14:00 | Ally Bank, P.O. Box 9001951, Louisville, KY 40290-1951 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14192507 | | Email/Text: ally@ebn.phinsolutions.com | Jul 13 2021 23:14:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14204541 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 13 2021 23:14:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15279327 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 13 2021 23:25:29 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14214664 | | Email/PDF: rmscedi@recoverycorp.com | Jul 13 2021 23:25:42 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14187839 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 13 2021 23:25:29 | Capital One Bank, P.O. Box 71104, Charlotte, NC 28272-1104 |
| 14187836 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 13 2021 23:25:36 | Capital One Bank, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 14196167 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 13 2021 23:25:43 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14247689 | + | Email/Text: bncmail@w-legal.com | Jul 13 2021 23:14:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14187841 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2021 23:25:44 | Citibank, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14187842 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2021 23:14:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14187843 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 13 2021 23:14:00 | Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14187844 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 13 2021 23:25:35 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14187845 | | Email/PDF: DellBKNotifications@resurgent.com | Jul 13 2021 23:25:43 | Dell Financial, P.O. Box 6403, Carol Stream, IL 60197 |
| 14187854 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2021 23:25:44 | Macy's, P.O. Box 183083, Columbus, OH 43218 |
| 14187853 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2021 23:25:44 | Macy's, P.O. Box 8218, Mason, OH 45040 |
| 14254536 | | Email/Text: bnc-quantum@quantum3group.com | Jul 13 2021 23:14:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14198142 | | Email/Text: mrdiscen@discover.com | Jul 13 2021 23:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14200552 | + | Email/Text: mrdiscen@discover.com | Jul 13 2021 23:14:00 | Discover Bank, Discover Products Inc, P.O. Box 3025, New Albany Ohio 43054-3025 |
| 14187846 | + | Email/Text: mrdiscen@discover.com | Jul 13 2021 23:14:00 | Discover Card, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 14257604 | + | Email/Text: kburkley@bernsteinlaw.com | Jul 13 2021 23:14:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14187849 | + | Email/Text: fnb.bk@fnfg.com | Jul 13 2021 23:14:00 | First Niagara Bank, P.O. Box 28, Buffalo, NY 14240-0028 |
| 14234034 | | Email/Text: fnb.bk@fnfg.com | Jul 13 2021 23:14:00 | First Niagara Bank, N.A., 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 14187850 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 13 2021 23:14:00 | GM Financial, P.O. Box 181145, Arlington, TX 76096-1145 |
| 14187851 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 13 2021 23:25:37 | Home Depot, P.O. Box 6497, Sioux Falls, SD 57117-6497 |

| District/off: 0315-2 | User: bsil | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: pdf900 | Total Noticed: 65 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14187852 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 23:25:34 | JC Penney, c/o Synchrony Bank, P.O. Box 960090, Orlando, FL 32896-0090 |
| 14187840 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 13 2021 23:25:35 | Chase Bank, P.O. Box 15298, Wilmington, DE 19850 |
| 14248746 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2021 23:25:36 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14196343 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2021 23:14:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14187855 | + | Email/PDF: cbp@onemainfinancial.com | Jul 13 2021 23:25:40 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 14257512 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 13 2021 23:25:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14200036 | | Email/Text: bnc-quantum@quantum3group.com | Jul 13 2021 23:14:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14194753 | | Email/PDF: rmscedi@recoverycorp.com | Jul 13 2021 23:25:42 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14187856 | | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 23:25:34 | Sam's Club, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 14187858 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 23:25:27 | Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 14187857 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 13 2021 23:25:34 | Synchrony Bank, P.O. Box 530916, Atlanta, GA 30353-0916 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Federal National Mortgage Association |
| cr | | GOLDMAN SACHS MORTGAGE COMPANY |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | Pittsburgh Water & Sewer Authority |
| cr | | The Bank Of New York Mellon FKA The Bank Of New Yo |
| cr | *+ | Americredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, PO Box 31785, TAMPA, FL 33631-3785 |
| 14204878 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14187833 | *+ | Bank of America, P.O. Box 15227, Wilmington, DE 19886-5227 |
| 15279373 | *+ | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 15279374 | *+ | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-2 | User: bsil | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 13, 2021 | Form ID: pdf900 | Total Noticed: 65 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021               Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Brian Nicholas
　　on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
　　on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor bnicholas@kmllawgroup.com

Brian Nicholas
　　on behalf of Creditor GOLDMAN SACHS MORTGAGE COMPANY bnicholas@kmllawgroup.com

Celine P. DerKrikorian
　　on behalf of Creditor BANK OF AMERICA  N.A. ecfmail@mwc-law.com

Christopher A. DeNardo
　　on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com
logsecf@logs.com;klittle@logs.com;cdenardo@logs.com

Heather Stacey Riloff
　　on behalf of Creditor Federal National Mortgage Association heather@mvrlaw.com  Michelle@mvrlaw.com

Jeffrey R. Hunt
　　on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
　　on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
　　on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com  cnoroski@grblaw.com

Joseph A. Dessoye
　　on behalf of Creditor The Bank Of New York Mellon FKA The Bank Of New York As Successor pawb@fedphe.com

Kenneth Steidl
　　on behalf of Debtor Damon M. Lippert julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
　　on behalf of Joint Debtor Tracy L. Lippert julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kevin Scott Frankel
　　on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  logsecf@logs.com

Kristen D. Little
　　on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com

Maria Miksich
　　on behalf of Creditor Bank of America  N.A. mmiksich@kmllawgroup.com

Office of the United States Trustee
　　ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
　　on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
　　cmecf@chapter13trusteewdpa.com

TOTAL: 18